Francis H. Bonner, appellee, v. Hubert Ellis et al., on appeal of N. C. Ellis, appellant. Gen. No. 37,820.

Opinion filed June 26, 1935.

Hutson, Traeger & Bolger, for appellant. Chapman & Cutler, for appellee; Dayton Ogden, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Laurel Book Company, appellant, v. Hartford Accident and Indemnity Company, appellee. Gen. No. 37,829.

Opinion filed June 26, 1935. Rehearing denied July 10, 1935.

Moses, Kennedy, Stein & Bachrach, for appellant; Walter Bachrach and J. H. Oppenheim, of counsel. Davis & Kracke and Wilson & McIlvaine, for appellee; Brode B. Davis, Charles R. Sercomb and Alvin V. Nygren, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

D. E. Stokes, appellant, v. Richard Mates, appellee. Gen. No. 37,859.

Opinion filed June 26, 1935. Rehearing denied July 10, 1935.

Edwin A. Feldott, for appellant. Harry Goodman and John C. Eich, for appellee; Harry Goodman, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

American National Bank and Trust Company, appellee, v. Illinois Improvement and Building Corporation et al., appellees, on appeal of Robin P. Allen, appellant. Gen. No. 37,865.

Opinion filed June 26, 1935. Rehearing denied July 10, 1935.

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel. Gottlieb & Schwartz, for appellee American Nat. Bank & Trust Co.; Harry N. Gottlieb, Ulysses S. Schwartz and Claude A. Roth, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.